**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO MERCANTILE EXCHANGE INC. and BOARD OF TRADE OF THE CITY OF CHICAGO, INC., | ) ) ) ) ) | |
| Plaintiffs / Counterclaim Defendants, | ) ) | Case No. 1:09-cv-3895 |
| v. | ) ) ) | Judge Ruben Castillo |
| TECHNOLOGY RESEARCH GROUP, LLC, | ) ) | |
| Defendant / Counterclaim Plaintiff, | ) ) | |
| v. | ) ) | |
| CME GROUP INC. | ) ) | |
| Counterclaim Defendant. | ) ) | |

**AGREED MOTION TO ENTER BRIEFING SCHEDULE ON
CME'S MOTION TO TRIFURCATE TRIAL INTO THREE PHASES**

Plaintiffs/Counterclaim-Defendants Chicago Mercantile Exchange Inc., Board of Trade of the City of Chicago, Inc., and CME Group, Inc. (collectively, "CME") respectfully submit this agreed motion to enter a briefing schedule on CME's Motion to Trifurcate Trial into Three Phases, filed concurrently herewith.

The parties have met and conferred and agreed on the following proposed briefing schedule:

(a) Technology Research Group, LLC ("TRG") may file an opposition brief no later than two (2) weeks after the date that CME files its motion;

1

2

(b) CME may file a reply brief no later than one (1) week after the date that TRG files its opposition brief.

CME therefore requests that the Court grant this motion and enter an order setting forth a briefing schedule consistent with the parties' agreement.

Dated: March 10, 2011              Respectfully submitted,


    /s/ Jonathan D. Baker_____
Jerrold E. Salzman
Gretchen M. Wolf
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Dr., Suite 2700
Chicago, IL 60606
(312) 407-0700

James J. Elacqua (admitted *pro hac vice*)
Jonathan D. Baker (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Ave., Suite 1100
Palo Alto, CA 94301
(650) 470-4500

Daniel A. DeVito (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
(212) 735-3000

*Attorneys for Chicago Mercantile Exchange Inc., Board of Trade of the City of Chicago, Inc., and CME Group Inc.*

3

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on March 10, 2011, he caused true and correct copies of the foregoing document to be served via the Court's CM/ECF system upon counsel for Technology Research Group, LLC.

        */s/ Jonathan D. Baker*_____
Jonathan D. Baker
*Attorney for Chicago Mercantile Exchange Inc., Board of Trade of the City of Chicago, Inc., and CME Group Inc.*