## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Chicago Mercantile Exchange Inc., et al.

                                      Plaintiff,

v.                                            Case No.: 1:09–cv–03895
                                                   Honorable Ruben Castillo

Technology Research Group LLC, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 14, 2011:

      MINUTE entry before Honorable Ruben Castillo:Motion hearing held on 3/14/2011. Defendant's agreed motion to set briefing schedule on Technology Research Group LLC's motion to exclude certain portions of the proposed testimony of Bernard S. Donefer [130] and Plaintiff's agreed motion to enter briefing schedule on CME's motion to trifurcate trial into three phases [135] are granted. Plaintiffs' reply to their motion to trifurcate trial into three phases – liability, damages, and equitable defenses [133] is due on or before 3/18/2011. Plaintiff's response to Defendant's motion to exclude certain portions of the proposed testimony of Bernard S. Donefer [128] is due on or before 3/23/2011. Defendant's reply will be due on or before 3/30/2011. The Court will rule by mail.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.