IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO MERCANTILE EXCHANGE, INC., and BOARD OF TRADE OF THE CITY OF CHICAGO, INC., <br><br> Plaintiffs / Counterclaim Defendants, <br><br> v. <br><br> TECHNOLOGY RESEARCH GROUP, LLC, <br><br> Defendant / Counterclaim Plaintiff, <br><br> v. <br><br> CME GROUP, INC. <br><br> Counterclaim Defendant. | Case No. 1:09-cv-3895 <br><br> Judge Ruben Castillo |

**TECHNOLOGY RESEARCH GROUP'S MOTION FOR SUMMARY
JUDGMENT ON THE CME'S INEQUITABLE CONDUCT CLAIMS**

Defendant Technology Research Group, LLC ("TRG") respectfully submits this Motion for Summary Judgment on the CME's Inequitable Conduct Claims. For the reasons set forth in the accompanying Memorandum in Support of its Motion for Summary Judgment on the CME's Inequitable Conduct Claims and Statement of Undisputed Facts, TRG requests that this Court enter an order granting summary judgment on the CME's inequitable conduct claims and defenses.

Pursuant to this Court's standing order, TRG's counsel sent the CME's counsel a concise letter setting out the legal and factual bases for this motion. The parties were unable to resolve this matter as a result of the meet and confer process.

1

Dated:  March 18, 2011    Respectfully submitted,

 /s/ Robert A. Klinck
Daniel Kotchen
Daniel L. Low
Robert A. Klinck
Alicia Gutierrez
Kotchen & Low LLP
2300 M Street NW, Ste. 800
Washington, DC  20037
(202) 416-1848
(202) 280-1128 (fax)

Robert M. Mason
Mason & Petruzzi
13601 Preston Rd.
Suite 402W
Dallas, Texas 75240
(972) 788-1500
(972) 788-1561 (fax)

James D. Petruzzi
Mason & Petruzzi
4900 Woodway Rd., Ste. 745
Houston, Texas 77056
(713) 840-9993
(713) 877-9100 (fax)

Daryl M. Schumacher
Kopecky, Schumacher & Bleakley, P.C.
203 N. LaSalle Street  Ste. 1620
Chicago, IL  60601
(312) 380-6556
(312) 324-0666 (fax)

*Attorneys for Technology Research Group, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on March 18, 2011, he caused true and correct copies of the foregoing document to be served upon all counsel of record via the Court's CM/ECF System.

/s/ Daryl M. Schumacher

*Attorney for Technology Research Group, LLC*