## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Chicago Mercantile Exchange Inc., et al.

                                                  Plaintiff,

v.                                                                            Case No.: 1:09−cv−03895
                                                                           Honorable Ruben Castillo

Technology Research Group LLC, et al.

                                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, April 12, 2011:

      MINUTE entry before Honorable Ruben Castillo:Status hearing held on 4/12/2011. Plaintiffs' motion for leave to file Surreply to TRG's motion to exclude certain portions of the proposed testimony of Bernard S. Donefer [188] is granted. The 4/18/2011 Pretrial Order filing date is vacated. The Court will set a new filing date once it has ruled on Plaintiffs' motion to trifurcate trial [133]. The parties are given until 4/22/2011 to file any motions in limine. Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.