UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

Chicago Mercantile Exchange Inc., et al.
                                       Plaintiff,

v.                                                       Case No.: 1:09−cv−03895
                                                       Honorable Ruben Castillo

Technology Research Group LLC, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 18, 2011:

      MINUTE entry before Honorable Ruben Castillo:After carefully reviewing the parties' briefing regarding Plaintiffs' motion to trifurcate the upcoming trial [133], the Court would like each party to submit a realistic estimate of the trial days necessary to resolve each proposed phase of the case−liability, damages, and equitable defenses−if the trial is trifurcated. The Court also requests that each side specify how many of its witnesses would testify in only the liability or damages phase, and how many witnesses would testify in both the liability and damages phases. The Court requests this submission by Monday, April 25, 2011.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.