**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHICAGO MERCANTILE EXCHANGE INC. and BOARD OF TRADE OF THE CITY OF CHICAGO, INC., | |
| Plaintiffs / Counterclaim Defendants, | Case No. 1:09-cv-3895 |
| v. | |
| TECHNOLOGY RESEARCH GROUP, LLC, | Judge Ruben Castillo |
| Defendant / Counterclaim Plaintiff, | |
| v. | |
| CME GROUP INC. | |
| Counterclaim Defendant. | |

**CME'S ESTIMATE OF TRIFURCATED TRIAL DURATION AND WITNESSES**

Pursuant to the Court's April 18, 2011 Minute Entry (Dkt. 198), Plaintiffs-Counterclaim Defendants Chicago Mercantile Exchange, Inc. ("CMEI") and Board Of Trade Of The City Of Chicago, Inc., ("CBOT") and Counterclaim Defendant CME Group Inc. ("CMEG," collectively "CME") respectfully submit the following estimates of the trial days necessary to resolve each proposed phase of the case and the number of witnesses that will be called to testify in the liability and damages phases of the case.

**Trifurcated Trial Duration**

CME estimates that 7 trial days will be necessary for the liability phase of the case, not including jury selection, opening statements, or closing statements.

CME estimates that 1 trial day will be necessary for the damages phase of the case.

CME estimates that 1 trial day will be necessary for the equitable defense phase of the case.

**Liability and Damages Witnesses**

CME anticipates that it will call 13 witnesses during the liability-only phase of its case. CME intends to present the testimony of some of these liability-only witnesses by deposition.

CME anticipates that it will call 2 witnesses during the damages-only phase of its case.

CME does not anticipate that it will call any of its witnesses during both the liability and damages phases of the case.

Dated: April 25, 2011                            Respectfully submitted,

                                              /s/ Jonathan D. Baker
                                            Jerrold E. Salzman
                                            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                            155 N. Wacker Dr., Suite 2700
                                            Chicago, IL 60606
                                            (312) 407-0700

                                            James J. Elacqua (admitted *pro hac vice*)
                                            Jonathan D. Baker (admitted *pro hac vice*)
                                            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                            525 University Ave., Suite 1100
                                            Palo Alto, CA 94301
                                            (650) 470-4500

                                            *Attorneys for Chicago Mercantile Exchange*
                                            *Inc., Board of Trade of the City of Chicago, Inc.,*
                                            *and CME Group Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on April 25, 2011, he caused true and correct copies of the foregoing document to be served via the Court's CM/ECF system upon counsel for Technology Research Group, LL.

                                              */s/ Jonathan D. Baker*_____
                                              Jonathan D. Baker
                                              *Attorney for Chicago Mercantile Exchange Inc., Board of Trade of the City of Chicago, Inc., and CME Group Inc.*