09 C 3895

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 3985 | **DATE** | 4/27/2011 |
| **CASE TITLE** | Chicago Mercantile Exchange Inc., et al. Vs. Technology Research Group, LLC | | |

## DOCKET ENTRY TEXT

Enter Order. Plaintiffs' motion to trifurcate the liability, damages, and equitable defenses phases of this trial [133] is granted. Pretrial Order due 5/23/2011. Pretrial conference set for 6/1/2011 at 2:00 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

09C3985 Chicago Mercantile Exchange Inc., et al. Vs. Technology Research Group, LLC

Page 1 of 1